UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VERONICA BROWN,<br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>    Defendant. | No. 21 C 2023<br><br>Magistrate Judge Kim |

**JOINT MOTION FOR ENTRY OF JUDGMENT AND DISMISSAL WITH PREJUDICE**

Plaintiff, Veronica Brown, and defendant, Acting Commissioner of Social Security, by and through their respective counsel, hereby move that this court enter judgment for plaintiff and dismiss this matter with prejudice.

On October 25, 2021, this court ordered that this case be remanded for further administrative proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g). Although the case was closed administratively on the court's docket, the court retained jurisdiction over the action. *See Shalala v. Schaefer*, 509 U.S. 292, 297 (1993). Upon consideration of all additional evidence, the Social Security Administration found in plaintiff's favor and notified her on February 17, 2023, that she was awarded monthly disability benefits as of September 12, 2018 (*see* attached decision). The time has expired for plaintiff to file exceptions to the ALJ's decision and for the Appeals Council to review the case on its own motion. 20 C.F.R. §§ 404.984, 416.1584. The case, therefore, is concluded.

Accordingly, the parties now jointly request that this court affirm the Commissioner's decision on remand, enter judgment in favor of plaintiff, and dismiss the case with prejudice.

Respectfully submitted,

| | |
|---|---|
| By: s/Howard D. Olinsky<br>Howard D. Olinsky, Esq.<br>Olinsky Law Group<br>250 S. Clinton Street, Suite 210<br>Syracuse, New York 13202<br>(315) 701-5780<br>holinsky@windisability.com | JOHN R. LAUSCH, Jr.<br>United States Attorney<br><br>By: s/Kathryn A. Kelly<br>　　KATHRYN A. KELLY<br>　　Assistant United States Attorney<br>　　219 South Dearborn Street<br>　　Chicago, Illinois 60604<br>　　(312) 353-1936<br>　　kathryn.kelly@usdoj.gov<br><br>Of Counsel:<br>MONA AHMED<br>Associate General Counsel<br><br>STEVEN BUDDE<br>Attorney<br>Office of Program Litigation, Office 6<br>Office of the General Counsel<br>Social Security Administration<br>6401 Security Boulevard<br>Baltimore, Maryland 21235<br>(410) 965-2327<br>steven.budde@ssa.gov |